SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

BRIAN STRETCH (CABN 163973)
Chief, Criminal Division

DENISE MARIE BARTON (MABN 634052)
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-7359
   Facsimile: (415) 436-7234
   denise.barton@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) CR No. 07-0536 MAG |
|---|---|
| Plaintiff, | ) STIPULATION AND [~~PROPOSED~~] ORDER CONTINUING JUDGEMENT AND SENTENCING DATE |
| v. | ) |
| GILSON ARAUJO aka GILVAN LEANDRO THOMAZELE, | ) |
| Defendant. | ) |

   On August 16, 2007, the defendant in the above-captioned matter pled guilty to the Information charging him with one count of violating Title 18, United States Code, Section 1028(a)(4), a Class A Misdemeanor. On that date, George Walker, Esq. appeared specially for the defendant at request of counsel for the defendant, Alan Dressler. Mr. Dressler was away on a previously-scheduled vacation. Although Mr. Dressler, had provided counsel for the Government and Mr. Walker with dates on which he was available for Judgment and Sentencing, none of these dates were for Friday dates, the non-duty calendar date for this Court. At the time of the plea, Judgment and Sentencing was set for September 14, 2007 at 10:30 am. Since his return from vacation, counsel for the defendant has advised that he is not available on September

Stipulation and [~~Proposed~~] Order Continuing Judgment and Sentencing Date- CR 07-0536 MAG
1

14, 2007.  Accordingly, the parties respectfully request that this Court reset Judgment and Sentencing for September 21, 2007, at 10:30 to accommodate defense counsel's schedule.

IT IS SO STIPULATED.

                                            SCOTT N. SCHOOLS
                                            United States Attorney

DATED: September 4, 2007                     _____/s/_____
                                            DENISE MARIE BARTON
                                            Assistant United States Attorney


DATED: September 4, 2007                     _____/s/_____
                                            ALAN DRESSLER
                                            Attorney for GILSON ARAUJO a/k/a
                                            GILVAN LEANDRO THOMAZELE


**IT IS SO ORDERED.**

   The Court hereby grants the requested continuance and resets Judgment and Sentencing from Friday, September 14, 2007 to Friday, September 21, 2007, at 10:30 am.


DATED:___09/04/07_____                   _____
                                            Honorable
                                            United States Magistrate Judge

Stipulation and [Proposed] Order Continuing Judgment and Sentencing Date- CR 07-0536 MAG